# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:22-CR-00251-SDJ-BD |
| | § | |
| MALCOLM JAVON LOCKETT (1) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 143 (sealed).

### PROCEDURAL HISTORY

On November 28, 2023, United States District Judge Sean D. Jordan sentenced defendant Malcolm Javon Lockett to 20 months of imprisonment followed by three years of supervised release. Dkt. 104 at 2–3. Lockett's term of supervised release commenced on April 3, 2024. Dkt. 143 at 1.

In December 2025, a probation officer petitioned the court for a warrant, alleging that Lockett had violated seven conditions of his supervised release. *Id.* at 1–6. The petition alleged that Lockett had violated a condition that required him not to commit another federal, state, or local crime. *Id.* at 1. In support of that allegation, the government asserted that, in cause number 29686689-2025 in 296th District Court of Collin County, Texas, Lockett pleaded guilty to and was convicted of assault of a family or household member. Minute Entry for May 28, 2026. Lockett's attorney asserted that Lockett was not convicted. Rather, he asserted that the state court found that there was sufficient evidence to support a conviction but deferred Lockett's conviction for five years. *Id.*

A final revocation hearing was held before me on May 28, 2026. The government moved to dismiss allegations two through seven. *Id.* Lockett pleaded true to the remaining allegation. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 152. The government requested a sentence of 21 months

of imprisonment with no supervised release to follow, which is within the federal sentencing policy statements; the defendant agreed. The court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations two through seven in the petition for revocation of Lockett's supervised release, Dkt. 143, be dismissed; (2) Lockett's supervised release be revoked based on allegation one in that petition, *id.*; (3) Lockett be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months, to run consecutively to any other term of imprisonment, with no supervised release to follow; and (4) Lockett be placed at a Bureau of Prisons facility in northeast Texas, if appropriate.

So **ORDERED** and **SIGNED** this 10th day of June, 2026.

_____
Bill Davis
United States Magistrate Judge