THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-00251-SDJ-BD |
| | § | |
| MALCOLM JAVON LOCKETT | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 10, 2026, the Magistrate Judge entered proposed findings of fact and recommendations, (Dkt. #153), that Defendant's sentence be twenty-one months of imprisonment with no supervised release to follow.

Having received the Report of the United States Magistrate Judge, (Dkt. #153), and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge, (Dkt. #152), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegations two through seven are dismissed; Defendant's supervised release is revoked based on allegation one; Defendant is sentenced to a term of twenty-one months imprisonment, to run consecutively to any other term of imprisonment, with no supervised release to follow; and the Court hereby recommends Defendant be placed at a Bureau of Prisons facility in northeast Texas, if appropriate.

1

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE